81,307-01 Page 1 of 1

# Court of Criminal Appeals of Texas

Applicant:

Michael Joseph Gray

vs.

The State:

Steve Cowan

§

§

§

§

§

§

§

§

Tr. Ct. No. W-10,880 CR-1

No. WR-81,307-01

## "Motion For Default"

On June 25th of 2014, judge: Sharon Keller, the presiding judge ordered the State to answer the question on whether the Applicant had a duty, to register for life, or if Applicant only had a duty or a requirement to register for ten years. The honorable judge: Sharon Keller gave the State (Steve Cowan) 120 days, which brings the due date to 10-28-2014. On 10-27-2014, the State (Steve Cowan) filed for extension in time, and on 10-28-2014, the honorable judge: Keller granted the extension in time.

To this date 2-25-2015 the State (Steve Cowan) has still not answered this court order; on whether or not Applicant has a duty or a requirement to register for life or for ten years.... It is for this reason that the State is in default...

Relief sought: Applicant is requesting to be sent back to Morris County for a rehearing to determen applicants duty or requirement to register.

MOTION DENIED

DATE: 3-31-15

BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

Sincerely

Michael Joseph Gray

2-25-2015

Dear: Mr. Abel, Acosta                                    2·25·2015

Well, you please send me a up dated docket sheet ...
I sent in a motion to be taken back off the registration list, because
the D.A, for Morris County illegally put me back on the list, so
that motion should still be pending. I'm sorry for bothering you
Mr. Acosta, but I'm innocent, and I have proof of that now
thanks to this report from D.P.S, , yet I'm still seating here in
prison, so my question to you is; do you have the report wrote by
Randy S Ortega from the D.P.S, on file as part of the evidence ???
Do you have a evidence log you can send me, so that, I'll know what
all evidence you have ??? Sorry, but it'd help me if I knew ...

                                    Thank you, Sincerely an
                                    innocent man
                                    Michael Joseph Gray
                                    2·25·2015

# NOTICE

## INMATE NOTARY PUBLIC SERVICE

Under both Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003), inmate incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, clarification, oath, or affidavit sworn before a Notary Public. An example of an unsworn declaration is as follows:

### Unsworn Declaration

I, Offender _Michael Joseph Gray_ , TDCJ Number _#1841683_ am presently incarcerated at the Mark W. Stiles Unit of the Texas Department of Criminal Justice in **Jefferson County, Texas** declare under penalty of perjury that the above is true and correct.

Signed on the _25_ day of _February_, 20 _15_ .

_Michael Joseph Gray_
Printed Name

_Michael Joseph Gray_
Signature

# Court of Criminal Appeal of Texas

Applicant:

Michael Joseph Gray

vs.

Tr. Ct No# W-10,880 cR-1
No. WR-81,307-01

The State:
Steve Cowan

1. Fact: Applicants constitutional rights were violated. Applicants fourth and eighth constitutional amendment rights were violated.

2. Fact: Applicant (Michael Joseph Gray) only had a duty, or a requirement to register for ten years due to a class A misdemeanor (Lewd Act)²⁰⁰¹, and a third degree felony (Annoance of a minor, with No contact)²⁰⁰³.

3. Fact: The State Knew the Applicant was only required to register for ten years, and not for life; the proof the State Knew Applicant was only required to register for ten years and not life is the article under which Applicant was charged, and the wording in the indictment, Applicant was charged under article §62.102, and the wording in the indictment stated that had a duty to register every 90 days. Anyone who is charged under article §62.102 and who has a duty to register every 90 days; by Law is only required to register for ten years.

4. Fact: The D.P.S. for Austin, Texas (5805 N. Lamar Blvd, Box=4087 Austin Texas 78773-0001)(Ph#512-424-2000) sent a report to the State (Steve Cowan) stating that Applican (Michael Joseph Gray) did not have a duty or any Kind of a requirement to register in 2012 which is the year Applicant was charged with failure to register under article §62.102.

2·25·2015

5. Fact: Given the fact in the D.P.S. report which was wrote by Randy S Ortega, who is the Managing Attorney for the D.P.S. Crime Records Service Legal Support Team (Ph# 512-424-5841) ther is no reasonable juror that would have found Applicant (Michael Joseph Gray) guilty beyond a reasonable doubt.

6. Fact: Thanks to the report from the D.P.S. the State (Steve Cowan) now has proof that Applicant is actually innocent. Applicant (Michael Joseph Gray) has used this report from the D.P.S. to prove beyond a preponderance of evidence that the error of the State contributed to Applicants conviction, and ten years in T.D.C.J. as punishment. See = Ex parte Williams 65 S.W. 3d 656, 658 (Tex Cr App 2001).

7. Facts = Applicant has alleged and proven facts, which are true and entitle him to relief. See = Ex parte Maldonado 688 S.W. 2d 114, 116 (Tex Cr App 1985). Also See = Ex parte Richardson, 70 S.W. 3d 865, 870 (Tex Cr App 2002).

Sincerely
Michael Joseph Gray

2-25-2015